■ CAROLE GOLDSMITH, Appellant, v CHARLES GOLDSMITH, Respondent.— In a matrimonial action in which plaintiff was granted a judgment of divorce, she appeals from an order of the Supreme Court, Queens County, dated August 7, 1975, which denied her motion (1) to disqualify a Justice of the Supreme Court from conducting a hearing with regard to her alleged contempt of court, (2) to direct defendant to serve a bill of particulars in connection with the contempt proceeding and (3) to refer the hearing to the

office of the Official Referees or Special Referees of the Supreme Court, New York County, for hearing, report and determination. Order affirmed, with $50 costs and disbursements. There is no warrant for disqualification or for transfer to another county. Under the circumstances, the denial of a direction for the service of a bill of particulars in the contempt proceeding constituted a proper exercise of discretion by Special Term. Gulotta, P. J., Hopkins, Damiani, Shapiro and Hawkins, JJ., concur.